UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NORTHROP GRUMMAN CORPORATION,**<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>**UNITED STATES DEPARTMENT OF THE AIR FORCE,**<br><br>　　　　　Defendant. | Civil Action No. 09-00589 (RMU) |

### STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, counsel for Plaintiff Northrop Grumman Corporation and Defendant United States Department of the Air Force, that the above-captioned action is voluntarily dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party will bear its own costs and attorneys' fees.

___/s/ Richard A. Sauber_____

Richard A. Sauber, D.C. Bar No. 385070
ROBBINS, RUSSELL, ENGLERT,
ORSECK, UNTEREINER & SAUBER LLP
1801 K Street, NW, Suite 411-L
Washington, D.C. 20006
Phone: (202) 775-4500
Facsimile: (202) 775-4510

*Counsel for Plaintiff*
*Northrop Grumman Corporation*

Dated: 12/15/09_____

_____/s/_____

Channing D. Phillips, D.C. Bar No. 415793
Acting United States Attorney

_____/s/_____
Rudolph Contreras, D.C. Bar No. 434122
Assistant United States Attorney

/s/ Jeremy S. Simon_____
Jeremy S. Simon, D.C. Bar No. 447956
Assistant United States Attorney
Civil Division
United States Attorney's Office
555 Fourth Street, NW
Washington, D.C. 20530

Phone: (202) 307-0406

*Counsel for Defendant*
*United States Department of the Air Force*

Dated: 12/15/09